

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| CITY OF SOCORRO, TEXAS, | | |
| | § | |
| Appellant, | | No. 08-14-00295-CV |
| | § | |
| v. | | Appeal from |
| | § | |
| SAMUEL CAMPOS, MANUEL COBOS, | | 120th District Court |
| LETICIA DURAN, GLORIA ELMOR, | § | |
| ISELA ENCERRADO, ARTURO | | of El Paso County, Texas |
| GALINDO, PATRICIA GARDEA, | § | |
| DARIO GARDUNO, OBED | | (TC # 2013DCV4546) |
| GONZALEZ, GABRIEL GTIERREZ, | § | |
| RENE HERNANDEZ, MYRA | | |
| HERNANDEZ, CONCEPCION | § | |
| JIMENEZ, MANUEL JUAREZ, | | |
| LORENZO LARA, ENRIQUETA | § | |
| LOPEZ, LUIS LOPEZ, GLORIA | | |
| LUCERO-VASQUEZ, GRACE | § | |
| MADRID, OSCAR MARTINEZ, | | |
| RAQUEL MARTINEZ, YOLANDA | § | |
| MENDEZ, ALBERT ORTIZ, LYDIA | | |
| ORTIZ, MARYBEL ORTIZ, IRMA | § | |
| SANCHEZ, RAMON SANCHEZ, | § | |
| DAVID SAUCEDO, SANDRA | | |
| SAUCEDO, ROSALIA SILVA, | § | |
| HORTENCIA VASQUEZ-SANCHEZ, | | |
| MARIA TERRAZAS, DAVID CASIO, | § | |
| AS THE REPRESENTATIVE OF THE | | |
| ESTATE OF AURORA ZARAGOZA, | § | |
| | | |
| Appellees. | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment.  We therefore affirm the judgment of the court below.  We further order that Appellees recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, both in this Court and the court below for which let execution issue.  This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF SEPTEMBER, 2016.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, J., and Larsen, J. (Senior Judge)
Larsen, J. (Senior Judge), sitting by assignment